734 A.2d 1282

**COMMONWEALTH of Pennsylvania, Appellant,**

v.

**Randy FISHER, Appellee.**

Supreme Court of Pennsylvania.

Submitted Aug. 9, 1999.

Decided Sept. 8, 1999.

Joseph P. Conti, Marshall J. Piccinini, Erie, for Com.

Andrea F. McKenna, Harrisburg, for Intervenor.

Patricia Kennedy, Joseph Burt, Erie, Stefan Presser, Philadelphia, Gary Neil Asteak, Easton, for Randy Fisher.

Karl Baker, Philadelphia, for Amicus Curiae.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

### ORDER

PER CURIAM.

Based upon our disposition in *Commonwealth v. Williams*, 557 Pa. 285, 733 A.2d 593 (1999), we affirm the Order of the Erie County Court of Common Pleas dated November 7, 1997. Furthermore, we remand the matter to the common pleas court for disposition of any remaining issues.

Jurisdiction is relinquished.